# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RAMIRO M. PENA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2163

[November 10, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael McNichols, Judge; L.T. Case No. 472010CF000280AXXX.

Ramiro M. Pena, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***